O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3896 AHM (SHx) | Date | August 21, 2008 |
|---|---|---|---|
| Title | WRITERS GUILD OF AMERICA, WEST, INC. v. MEGALODON PRODUCTIONS, LLC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

     This matter is before the Court on Petitioner Writers Guild of America, West, Inc.'s ("the Guild") motion for an order confirming the opinion and award of an arbitrator pursuant to section 301(a) of the Labor Management Relations Act, 29 U.S.C. § 185(a). At this time, Writers Guild seeks to confirm the arbitration award as to Defendant Megalodon Productions, LLC ("Megalodon") only.[1]

     According to the Guild's motion papers, there is a collective bargaining agreement between Megaladon and the Guild and a writing services agreement between Megalodon and writers Gary J. Tunnicliffe and Stanley Isaacs. Mot. ¶¶ 7, 9. The arbitration award at issue concerns unpaid residual compensation that Respondents allegedly owe under those agreements, presumably to these writers. Mot. ¶ 6.

//

//

//

//

---

[1] *See* Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a) or (c) (docket no. 7), dismissing Defendant Corbitt Digital Films, LLC; Notice of Automatic Stay as to Respondent Patrick M. Corbitt (docket no. 8), regarding an automatic bankruptcy stay under 11 U.S.C. § 362(a).

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3896 AHM (SHx) | Date | August 21, 2008 |
|---|---|---|---|
| Title | WRITERS GUILD OF AMERICA, WEST, INC. v. MEGALODON PRODUCTIONS, LLC, *et al.* | | |

The docket shows that Megalodon has been served with this federal court petition. Petitioner filed two identical proofs of service on Megalodon (see docket entries dated July 28, 2008 and August 19, 2008).[2]  The Court GRANTS the Guild's motion as to Megalodon.[3]

No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

:

Initials of Preparer          SMO

---

[2] There is no proof that Patrick M. Corbitt has been served, in either his individual capacity or his capacity as an alleged guarantor for Megalodon.

[3] Docket No. 1.