1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC., <br><br> vs. <br><br> MEGALODON PRODUCTIONS, LLC, et al., <br><br> Respondents. | Case No. CV08-03896 AHM (SHx) <br><br><br> ORDER AND JUDGMENT |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

 The regularly noticed Motion for Order Confirming Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, west, Inc. ("Guild") came before the Honorable A. Howard Matz.

 The Court, having considered the pleadings and documents on file, orders as follow:

 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this proceeding as follows:

1. Respondent Megalodon Productions, LLC ("Megalodon") shall immediately pay the Guild a total of $19,337.11 comprised of the following:

1     a. $916.43 in residual compensation;

2     b. $528.43 as interest accrued on the unpaid compensation at 1/5% per

3     month through November 15, 2007, and continuing to accrue until paid in

4     full;

5     c. $7,500 as damages for the failure to require the MBA assumption

6     agreement from a transferee;

7     d. $7,500 as damages for the failure to provide the MBA-required financial

8     statements;

9     e. $2,515.00 as the Arbitrator's fee and expenses, which the Guild shall pay,

10    and it shall also pay $377.25 for its half share of the Reporter's fee, being

11    hereby assigned the right to be reimbursed by Respondent for its half share

12    of the fees and expenses paid the Arbitrator and Reporter;

13  2.    The Guild is assigned the right to receive all monies owed to Megalodon by

14  any third party, including but not limited to, any licensee, transferee or successor

15  in interest, subject to any prior perfected security agreement in favor of a third

16  party, until the residuals, and all accrued interest are paid in full.

17  3.    Megalodon is further ordered to pay the Guild  $1,500.00 in attorneys' fees

18  and $350.00 in costs.

19  4.    Megalodon is jointly and severally liable for this judgment with Patrick M.

20  Corbitt.  The Court has not entered judgment against Corbitt because of the

21  automatic stay arising out of his bankruptcy filing.

25  DATED: August 22, 2008

      _____
26    A. Howard Matz
      United States District Judge